Law Offices of Shawn R. Perez
**SHAWN R. PEREZ, ESQ**.
NV State Bar No. 10421
7121 West Craig Rd., #113-38
Las Vegas, NV 89129
(702) 485-3977
(702) 442-7095
shawn711@msn.com
Attorney for
ROBERTO PASCACIO-GARCIA

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00305-APG-NGK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING DATE** |
| vs. | (Third Request) |
| ROBERTO PASCACIO-GARCIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas Trutanich, United States Attorney and Simon Fanzong Kung, Assistant United States Attorney, counsel for the United States of America, and Shawn R. Perez, Esq., counsel for Defendant Roberto Pascacio-Garcia, that the Sentencing currently scheduled for March 3, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than May 1, 2021.

This stipulation is entered into for the following reasons:

1. Defendant Roberto Pascacio-Garcia, primarily a Spanish speaker, is in custody at Nevada Southern Detention Center in Pahrump.

2. As a result of Pandemic and the related health concerns, the sentencing set for March 3, 2021 is to be conducted by video.

3. A brief continuance of 60 days is requested to allow the hearing to be conducted in person at the request of the Defendant.

4. The Defendant is in custody and agrees to a continuance.

1. 5.  Counsel for the parties agree to the continuance.

2. 6.  The additional time requested herein is not sought for purposes of delay, but merely to allow the hearing to proceed in person rather than by video conferencing. Denial of this request could result in the miscarriage of justice..

5. 7.  The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and 3161 (h)(7)(B)(iv).

9. 8.  This is the second stipulation to continue sentencing.

DATED this 27th day of February, 2021.

| Law Office of Shawn R. Perez | NICHOLAS TRUTANICH<br>United States Attorney |
|---|---|
| By: /s/ *Shawn R. Perez*<br>Shawn R. Perez, Esq.<br>Counsel for Defendant<br>Roberto Pascacio-Garcia | By: /s/ *Simon Fanzong Kung*<br>Simon Fanzong Kung<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ROBERTO PASCACIO-GARCIA,<br><br>            Defendant. | Case No. 2:19-cr-00305-APG-NGK<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER ON STIPULATION TO CONTINUE SENTENCING**<br>(Third Request) |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Roberto Pascacio-Garcia, primarily a Spanish speaker, is in custody at Nevada Southern Detention Center in Pahrump.

2. As a result of Pandemic and the related health concerns, the sentencing set for March 3, 2021 is to be conducted by video.

3. A brief continuance of 60 days is requested to allow the hearing to be conducted in person at the request of the Defendant.

4. The Defendant is in custody and agrees to a continuance.

5. Counsel for the parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but merely to allow the hearing to proceed in person rather than by video conferencing. Denial of this request could result in the miscarriage of justice.

7. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and 3161 (h)(7)(B)(iv).

1  8. This is the first stipulation to continue sentencing.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the Defendant herein the opportunity to appear in person for the sentencing hearing rather than by video conferencing.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## ORDER

IT IS THEREFORE ORDERED the sentencing currently scheduled for March 3, 2021, be vacated and continued to __June 2, 2021__ at the hour of __1:30__ p.m. Courtroom 6C.

DATED this __1st__ day of __March__, 2021.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

4

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on the 1st day of March, 2020, the undersigned served the foregoing on all counsel herein by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.

                /s/ *Shawn R. Perez, Esq.*
                _____
                SHAWN R. PEREZ, ESQ.