RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jackie_Witt@fd.org

Attorney for Roberto Pascacio-Garcia

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERTO PASCACIO-GARCIA,<br><br>        Defendant. | Case No. 2:19-cr-00305-APG-NJK-1<br><br>**Stipulation to Continue Supplement's Deadline to Motion for Compassionate Release**<br>(Third Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Roberto Pascacio-Garcia, request that the due date for Mr. Pascacio-Garcia's Supplement to Motion for Compassionate Release (ECF No. 87), be extended from April 12, 2024 to June 11, 2024; and that the due date for the government's response be extended until July 11, 2024.

      This Stipulation is entered into for the following reasons:

      1.     On November 30, 2023, Mr. Pascacio-Garcia filed a motion seeking an order reducing his sentence or modifying his judgment under the compassionate release statute at 18

U.S.C. §§ 3582(c) and 3553(a). ECF No. 87. Mr. Pascacio-Garcia is serving a 10-year sentence, with an estimated release date of May 28, 2027.

2. Defense counsel met with Mr. Pascacio-Garcia and additional time is necessary to conduct investigation to prepare argument for the motion.

3. Defense counsel received some documentation pertinent to the motion, but the documents are in Spanish and will need to be translated.

4. Defense counsel anticipates that additional documentation will need to be requested, including documents from out of state providers and facilities in Mexico.

5. This continuance is sought in good faith and not for the purposes of delay.

6. For these reasons, Mr. Pascacio-Garcia asks this Court to extend the deadline by 60-days for his Supplemental Motion for Order Reducing Sentence or Modifying Judgment under 18 U.S.C. §§ 3582(c) and 3553(a), resetting the deadline for June 11, 2024, and the government's response be extended until July 11, 2024. A proposed order is attached to this stipulation for the Court's convenience.

DATED this 11th day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Jim W. Fang*<br>JIM W. FANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERTO PASCACIO-GARCIA,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00305-APG-NJK-1<br><br>ORDER |

　　IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend the Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to June 11, 2024; and that the Government's deadline to file its response is extended to July 11, 2024.

　　DATED this <u>15th</u> day of April, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3