RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joy_Chen@fd.org

Attorney for Roberto Pascacio-Garcia

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO PASCACIO-GARCIA,<br><br>Defendant. | Case No. 2:19-cr-00305-APG-NJK-1<br><br>**Stipulation to Extend Supplement's Deadline to Motion for Compassionate Release**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Roberto Pascacio-Garcia, request that the due date for Mr. Pascacio-Garcia's Supplement to Motion for Compassionate Release (ECF No. 87), be extended from June 11, 2024 to September 11, 2024; and that the due date for the government's response be extended until October 11, 2024.

This Stipulation is entered into for the following reasons:

1.      Prior defense counsel recently left the Office of the Federal Public Defender and undersigned defense counsel substituted as counsel on this matter very recently.

2.      Defense counsel requires additional time to meet with the defendant, review the issues, and gather necessary supporting documents.

3.      The defendant is in custody and does not oppose the continuance.

4.      The parties agree to the continuance.

DATED this 7th day of June, 2024.

RENE L. VALLADARES                           JASON M. FRIERSON
Federal Public Defender                          United States Attorney


By /s/ Joy Chen                                        By /s/ Jim W. Fang
JOY CHEN                                            JIM W. FANG
Assistant Federal Public Defender              Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00305-APG-NJK-1 |
| Plaintiff, | ORDER |
| v. | |
| ROBERTO PASCACIO-GARCIA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend the Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to September 11, 2024; and that the Government's deadline to file its response is extended to October 11, 2024.

DATED this 10th day of June, 2024.

_____

UNITED STATES DISTRICT JUDGE