RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joy_Chen@fd.org

Attorney for Roberto Pascacio-Garcia

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ROBERTO PASCACIO-GARCIA,<br><br>         Defendant. | Case No. 2:19-cr-00305-APG-NJK-1<br><br>**Stipulation to Extend Supplement's Deadline to Motion for Compassionate Release**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Roberto Pascacio-Garcia, request that the due date for Mr. Pascacio-Garcia's Supplement to Motion for Compassionate Release (ECF No. 87), be extended from September 11, 2024 to December 10, 2024; and that the due date for the government's response be extended until January 9, 2025.

This Stipulation is entered into for the following reasons:

1. Defense counsel is awaiting medical records from Mexico, which will be necessary to determine whether a supplement to the defendant's Motion for Compassionate Release (ECF No. 87) can be filed.

2. The parties therefore request a 90-day continuance of the supplement filing deadline.

3. The defendant is in custody and does not oppose the continuance.

4. The parties agree to the continuance.

DATED this 6th day of September, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Jim W. Fang*<br>JIM W. FANG<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERTO PASCACIO-GARCIA,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00305-APG-NJK-1<br><br>ORDER |

　　　IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend the Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to December 10, 2024; and that the Government's deadline to file its response is extended to January 9, 2025.

　　　DATED this __9th__ day of September, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3