# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>ROBERTO PASCACIO-GARCIA,<br><br>    Defendants | Case No.: 2:19-cr-00305-APG-NJK<br><br>**Order Denying Motion for Sentence Reduction**<br><br>[ECF No. 87] |

Defendant Roberto Pascacio-Garcia moves for a reduction of his sentence under 18 U.S.C. § 3582(c)(2). ECF No. 87. However, he has not demonstrated that the range for his sentence has been lowered by the Sentencing Commission, as is required under 18 U.S.C. § 3582(c)(2). Thus, he does not qualify for a reduction of his sentence.

I THEREFORE ORDER that the motion **(ECF No. 87) is denied**.

DATED this 27th day of December, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE